Owens Motor Freight, Inc., Appellant, *v.* Public Utilities Commission of Ohio, Appellee.

[Cite as Owens Motor Freight, Inc., v. Pub. Util. Comm., 5 Ohio St. 2d 253.]

(No. 39648—Decided March 23, 1966.)

*Messrs. Parks & Eisele* and *Mr. Edward A. Eisele, Jr.*, for appellant.

*Mr. William B. Saxbe*, attorney general, *Mr. Theodore K. High* and *Mr. Clark G. Redick*, for appellee.

*Per Curiam.* This case presents a factual situation. The burden was upon the applicant to show a deficiency in the service of existing and protesting carriers. *Wooster Freight Lines, Inc.*, v. *Pub Util. Comm.*, 163 Ohio St. 11; *Bulk Transport Corp.* v. *Pub. Util. Comm.*, 175 Ohio St. 29. The findings and order of the commission are not unreasonable or unlawful.

*Order affirmed.*

Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur.

Schneider, J., dissents.